IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANICE A. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-1181 |
| ) | Judge Trauger |
| WELLS FARGO, NA, ) | |
| WILLIAMS & ASSOCIATES, ) | |
| WILSON AND ASSOCIATES LAW FIRM, and ) | |
| JOHN A. BARNEY, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM and ORDER**

On July 17, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 20), to which the pro se plaintiff has filed objections (Docket No. 28). Because the Report and Recommendation relates to a dispositive matter, pursuant to Rule 72(b), FED. R. CIV. P., and 28 U.S.C. § 636(b)(1)(C), this court must review *de novo* any portion of the Report and Recommendation to which a specific objection is made. *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001); *Massey v. City of Ferndale*, 7 F.3d 506, 510 (6th Cir. 1993).

The Magistrate Judge recommended the granting of the two pending Motions to Dismiss (Docket Nos. 16, 18) in large part due to the fact that the plaintiff has not alleged that the complained-of actions by these defendants were racially motivated discrimination. (Docket No. 20 at 7) The plaintiff's objections do not address this central deficiency in her pleadings at all. It is therefore **ORDERED** that the objections are **OVERRULED**.

The Report and Recommendation (Docket No. 20) is **ACCEPTED** and made the

1

findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motions to Dismiss filed by defendants Barney and Wilson and Associates, PLLC (Docket Nos. 16, 18) are **GRANTED**. Further, this court declines to exercise pendant jurisdiction over the plaintiff's state law claims. This case is **DISMISSED WITH PREJUDICE**. This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 22nd day of August 2013.

	ALETA A. TRAUGER
	U.S. District Judge